584

389 A.2d 201

Commonwealth v. Sheehan, Appellant.

Submitted September 12, 1977.  John E. Feather, Jr., Assistant Public Defender, for appellant;  David J. Brightbill, Assistant District Attorney, and George E. Christianson, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.

389 A.2d 202

Commonwealth v. Sims, Appellant.

Submitted November 14, 1977.  Lester G. Nauhaus, Assistant Public Defender, for appellant;  Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.